November 1, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

NOEMY LANDAVERDE, Appellant

NO. 14-11-00143-CV                    V.

THE ESTATE OF HABIBOLLAH ABEDINZADEH, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, The Estate of Habibollah Abedinzadeh, signed January 18, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Noemy Landaverde, to pay all costs incurred in this appeal. We further order this decision certified below for observance.